

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00299-CV

| | | |
|---|---|---|
| In re Amanda Hayward and TWCS Operations Pty Ltd | § | Original Proceeding |
| | § | From the 153rd District Court |
| | § | of Tarrant County (153-272310-14) |
| | § | October 26, 2015 |
| | § | Opinion by Justice Walker |

## JUDGMENT

The court has considered the petition for writ of mandamus filed by relators Amanda Hayward and TWCS Operations Pty Ltd.  We conditionally grant a writ of mandamus.  Writ will issue only if respondent, the Honorable Susan McCoy, fails to immediately sign an order vacating her September 15, 2015 order.

It is further ordered that real party in interest Jennifer Lynn Pedroza shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By ___/s/ Sue Walker_____
    Justice Sue Walker